In the Interest of J.L.K.

JUVENILE OFFICER, MERCER
COUNTY, Respondent,

v.

J.L.K., Appellant.

No. WD 53928.

Missouri Court of Appeals,
Western District.

Jan. 27, 1998.

John L. Young, Princeton, for appellant.

Jay Hemenway, Princeton, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

### ORDER

PER CURIAM.

J.L.K appeals from an order entered by the Juvenile Court of Mercer County holding that J.L.K. should remain under the jurisdiction of the Juvenile Court pending further order. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).